No. 14–0347/AF. U.S. v. Demario Riley. CCA S32097. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 11, 2014.

No. 14–0348/AF. U.S. v. Michael C. McPherson. CCA S32068. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 11, 2014.

No. 14–0349/AF. U.S. v. Stephen S. Madigan. CCA 38339. Appellant's motion to extend time to file the supplement to the petition for grant of review granted February 11, 2014.

No. 14–0353/AR. U.S. v. Samuel L. Sykes. CCA 20110747. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 10, 2014.

Friday, January 24, 2014

